

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-319-1FL(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **INDICTMENT** |
| ) | |
| ERIC MARTIN PEPKE ) | |

The Grand Jury charges that:

### COUNTS ONE THROUGH TEN

(Receipt of Child Pornography)

Beginning at a time unknown and ending on or about April 23, 2015, in the Eastern District of North Carolina, ERIC MARTIN PEPKE, the defendant herein, did knowingly receive the following visual depictions, that is, digital and computer images in files that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer:

| Count | Date | File Name |
|---|---|---|
| 1 | 12/13/2002 | 20010104140.jpg |
| 2 | 12/13/2002 | 20010104217.jpg |
| 3 | 07/31/2005 | 1122861015184.jpg |
| 4 | 08/17/2009 | Cbaby - 4yo Lick a dick.mpg |
| 5 | 03/27/2013 | PEDO-PTHC- SELECETED - 2014- ONLY THE BEST (110) |

1

| 6 | 01/12/2015 | Pthc Pedoland Frifam 11Yo Girl Preteen Bondage, Very Good!!.Raygold - 11Yo Girl Abused In The Stable.Vicky String Bikini.Pedo x Sado.mpg |
|---|---|---|
| 7 | 01/23/2015 | Jho Alicia 8Yo Dj Ph Pthc Pedo (224).mpg |
| 8 | 01/26/2015 | Babyj (Kleuterkutje) R@Ygold Stile 5Yo Vaginal Penetration - Rca 5Y.mpg |
| 9 | 03/28/2015 | Pedo-Pthc- Seleceted - 2014- Only The Best (31) |
| 10 | 04/14/2015 | [pthc] 2015 BumFun1 (8y) |

The productions of the foregoing visual depictions involved the use of a minor engaging in sexually explicit conduct and were depictions of such conduct. Each entry in the above table constituting a separate violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT ELEVEN

(Possession of Child Pornography)

On or about April 23, 2015, in the Eastern District of North Carolina, ERIC MARTIN PEPKE, the defendant herein, did knowingly possess one or more matters, that is, computer hard drives and computer media containing digital and computer images and videos, the production of which involved the use of one or more prepubescent minor or a minor who had not attained 12 years of age, engaging in sexually

2

explicit conduct, and which images visually depicted such conduct. The images and videos had been mailed, shipped and transported in interstate and foreign commerce and by use of means and facilities of interstate commerce, i.e., the Internet, and were produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## **FORFEITURE ALLEGATION**

If convicted of one or more of the offenses set forth in Counts One through Ten above, ERIC MARTIN PEPKE, the defendant herein, shall forfeit to the United States —

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s)

— all pursuant to Title 18, United States Code, Section 2253(a).

The forfeitable property includes, but is not limited to:

3

1. HP Mini Netbook computer, s/n: 5CB1101435;

2. Samsung 120 GB Solid State hard drive, s/n: S14ENEACC25375IK.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL
REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 10/27/15

THOMAS G. WALKER
United States Attorney

BY: CARRIE D. RANDA
Assistant United States Attorney
Criminal Division